**FILED**
JUN 3 0 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILMER B. GAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 1149 |
| ) | |
| WILLIAM K. SUTER, Clerk of Court *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DISMISSAL ORDER

For or the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that plaintiff's application to proceed in forma pauperis is **GRANTED**; it is

**FURTHER ORDERED** that plaintiff's motion to appoint counsel is **DENIED** as moot; it is

**FURTHER ORDERED** that the complaint is **DISMISSED** as frivolous under 28 U.S.C. § 1915A(b)(1); and it is

**FURTHER ORDERED** that the motion to appoint counsel is **DENIED** as moot.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

Date: 6/25/2008

Ricardo M. Urbina
United States District Judge

b