**FILED**
AUG 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER B. GAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1149 (UNA) |
| ) | |
| WILLIAM K. SUTER *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff seeks relief from the Order dismissing his *pro se* complaint as both frivolous and futile because it seeks damages from persons who are immune from such suits. He has filed a motion under Federal Rules of Civil Procedure 60(b)(3) and (b)(6) to that end.[1] The motion for relief from the final Order will be denied.

A motion for relief from judgment is granted only upon a showing of certain circumstances enumerated in Rule 60(b). *See* Fed. R. Civ. P. 60(b). Plaintiff has not shown that any of these circumstances exist, and a review of the record does not suggest that any of them exist. Accordingly, it is hereby

ORDERED that the motion for relief is DENIED.



DATE: 8/8/08

_____
United States District Judge

---

[1] Plaintiff also mentions Rule 59(e), which does not apply in this situation.

